THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE D. SANABRIA, Appellant. [836 NYS2d 481]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered December 18, 2003. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present— Hurlbutt, J.P., Martoche, Smith, Fahey and Green, JJ.